UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-01762-PA-SSC                    Date: June 11, 2026

Title      Mainan Calderon Vasquez v. U.S. Immigration and Customs Enforcement

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Petition Should Not Be Dismissed for Failure to Prosecute and/or Comply with Court Order**

On April 9, 2026, *pro se* Petitioner Mainan Calderon Vasquez, filed a Petition for Writ of Habeas Corpus by a Person in Federal Custody pursuant to 28 U.S.C. § 2241. (ECF 1.) On May 14, 2026, Petitioner filed a motion seeking leave to file an amended petition (ECF 9), which the Court granted on May 19, 2026, ordering Petitioner to file an amended petition no later than June 1, 2026. (ECF 10.)  The deadline to file an amended petition has passed and the Court has not received an amended petition or any other communication from Petitioner.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:26-cv-01762-PA-SSC                     Date: June 11, 2026

Title       Mainan Calderon Vasquez v. U.S. Immigration and Customs Enforcement

Accordingly, Petitioner is ORDERED TO SHOW CAUSE, in writing, by July 1, 2026, why this action should not be dismissed for failure to prosecute and/or comply with a court order.  In the event that Petitioner wishes to voluntarily dismiss this action, Petitioner may complete and return the enclosed Notice of Dismissal form, CV-09, by **July 1, 2026.**

If Petitioner files an amended petition by **July 1, 2026**, this order to show cause will be automatically discharged, and Petitioner need not respond to it separately.

**Petitioner is cautioned that failure to file a timely amended petition will result in a recommendation to the district judge to dismiss this case for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

                                                                                    :

                                              Initials of Preparer         **ts**